No. 921. NEW YORK TRUST CO., EXECUTOR, *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit

705

denied.  *Mr. Edmund S. Kochersperger* for petitioner.
*Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for
the United States.